# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142523

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENNIS BRADFORD KING,
      Defendant-Appellant.

SC: 142523
COA: 293325
Benzie CC: 07-002025-FC

_____/

      By order of May 24, 2011, the application for leave to appeal the December 14, 2010 judgment of the Court of Appeals was held in abeyance pending the decision in *Davis v United States*, cert gtd ___ US ___; 131 S Ct 502; 178 L Ed 2d 368 (2010). On order of the Court, the case having been decided on June 16, 2011, *Davis v United States*, ___ US ___; 131 S Ct 2419; ___ L Ed 2d ___ (2011), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      ZAHRA, J., did not participate because he was on the Court of Appeals panel.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

p0718